AO 102 (01/09) Application for a Tracking Warrant

Approved: [signature] 2/10/25

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

In the Matter of the Tracking of
*(Identify the person to be tracked or describe the object or property to be used for tracking)*
a Black Chevrolet Silverado, bearing Oklahoma license plate PEE-343, VIN 1GC1KVEG8FF149747

Case No. M-25-103 -CMS

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of 21 U.S.C. § 841(a)(1). Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

- ☑ The person, property, or object is located in this district.
- ☐ The person, property, or object is not now located in this district, but will be at the time of execution.
- ☐ The activity in this district relates to domestic or international terrorism.
- ☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

- ☑ evidence of a crime;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
a Black Chevrolet Silverado, bearing Oklahoma license plate PEE-343, VIN 1GC1KVEG8FF149747,
201 SE 27th Street, Oklahoma City, Oklahoma

☑ Delayed notice of 90 days (give exact ending date if more than 30 days: 05/11/2025 ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature: Marc Jones]
*Applicant's signature*

Marc Jones, Special Agent, FBI
*Applicant's printed name and title*

Sworn to before me and signed in my presence.

Date: February 10, 2025

[signature: Chris M. Stephens]
*Judge's signature*

City and state: Oklahoma City, Oklahoma

Chris M. Stephens, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF A BLACK CHEVROLET SILVERADO, BEARING OKLAHOMA LICENSE PLATE PEE-343, VIN 1GC1KVEG8FF149747 | Case No. MJ-25-103-CMS |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A TRACKING WARRANT**

I, Marc Jones, Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice, being duly sworn, depose and state as follows:

**INTRODUCTION AND OFFICER BACKGROUND**

1. I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117 to authorize the installation and monitoring of a tracking device on a Black Chevrolet Silverado, bearing Oklahoma license plate PEE-343, Vehicle Identification Number 1GC1KVEG8FF149747 (the "**SUBJECT VEHICLE**"). The **SUBJECT VEHICLE** is registered to Tony Duran and primarily located at 201 SE 27th Street, Oklahoma City, Oklahoma. Based on the facts set forth in this Affidavit, I believe that the **SUBJECT VEHICLE** is presently being used in furtherance of the distribution of controlled substances, in violation of 21 U.S.C. § 841(a)(1), and a conspiracy to do the same, in violation of 21 U.S.C.

§ 846, and that there is probable cause to believe that the installation of a tracking device on the **SUBJECT VEHICLE** and use of the tracking device will lead to evidence, fruits, and instrumentalities of the aforementioned crimes, as well as to the identification of individuals who are engaged in the commission of those and related crimes.

2. I have been a Special Agent with the FBI since April 2021. I am currently assigned to the Oklahoma City Division, where I am assigned to the Criminal Enterprise Squad, which is responsible for investigating street gang and drug-related offenses. As part of my drug-related investigations I have coordinated the execution of numerous search and arrest warrants, coordinated Title III wiretaps, conducted physical surveillance, coordinated controlled purchases with confidential sources, analyzed records documenting the purchase and sale of illegal drugs, and spoken with informants and subjects, as well as other local and federal law enforcement officers, regarding the manner in which drug distributors obtain, finance, store, manufacture, transport, and distribute their illegal drugs. Through my training and experience, I have become familiar with some of the methods by which illegal drugs are imported, distributed, and sold, as well as the means used by drug dealers to disguise the source and nature of their profits. Throughout my career, I have utilized tracking devices in the course of furthering criminal investigations. Tracking devices help law enforcement conduct surveillance, especially when the subject

vehicle's occupant is savvy and engages in counter surveillance measures, and help locate co-conspirators, including source(s) of supply, and their vehicles and/or residences and businesses.

3. The facts in this Affidavit are based upon my personal observations, my training and experience, reports provided to me by other law enforcement officers, and statements made by witnesses and other concerned parties. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, I have not included each and every fact known to me concerning this investigation.

## PROBABLE CAUSE

4. Special Agents and Task Force Officers (TFOs) of the FBI and Investigators with the Oklahoma City Police Department Street Narcotics Unit (SNU) are currently conducting a joint investigation targeting Tony Duran (DURAN)—whom law enforcement knows to be distributing cocaine in the Oklahoma City area. The current investigation into DURAN began in November 2024 after DURAN was identified in the course of an investigation into a Oklahoma City-based drug trafficking organization. In December 2024, a confidential human source (CS1)[1] informed investigators that DURAN was selling cocaine in Oklahoma City.

[1] CS1 was not promised anything for his/her cooperation. All information provided by CS1 has been determined to be accurate and reliable to the best of

5. During the second half of January 2025, CS1 reached out to DURAN and inquired about purchasing cocaine from DURAN. DURAN informed CS1 that if CS1 wanted to purchase drugs to use code words when talking about it on the phone. A few days later, CS1 again contacted DURAN and requested $100 worth of cocaine by telling DURAN that CS1 needed $100 for gas in his truck. DURAN informed CS1 he would arrive at their agreed upon meeting location shortly. Prior to this phone call, law enforcement observed DURAN leave his house, located at 201 SE 27th Street, Oklahoma City, Oklahoma, driving the **SUBJECT VEHICLE**. Approximately 13 minutes after the phone call, DURAN arrived at the agreed upon meeting location, still driving the **SUBJECT VEHICLE**. At the meeting location, DURAN and CS1 exchanged $100 in FBI evidence funds for a small baggie of a white powdery substance that later field tested positive presumptive for cocaine.

6. Shortly after the investigation began, in November 2024, law enforcement identified the **SUBJECT VEHICLE** as the primary vehicle driven by DURAN. Since then, law enforcement has continued to observe DURAN driving the **SUBJECT VEHICLE**, most recently on February 6, 2025. On February 5, 2025, law enforcement observed DURAN arrive at his residence,

---

my knowledge. CS1 does receive immigration benefits in exchange for information provided. CS1 has also received cash compensation for information provided.

located at 201 SE 27th Street, while driving the **SUBJECT VEHICLE**. At his residence, DURAN met with Francisco Cardoza (CARDOZA), a known associate and drug distributor. DURAN and CARDOZA both entered DURAN's residence. After approximately seven (7) minutes, both men exited the residence. CARDOZA was observed opening the hood of his vehicle and placing an item inside the engine block. Both DURAN and CARDOZA departed. DURAN left in the **SUBJECT VEHICLE**. CARDOZA traveled to his residence, located at 310 SE 22nd Street, Oklahoma City, Oklahoma, where he again popped the hood and retrieved a small black bag from inside the engine block, the same area in which he had placed an object at DURAN's residence. Based on my training and experience, I believe that CARDOZA recovered drugs from DURAN's residence and transported it to his residence in a manner to avoid detection by law enforcement.

7. Based on the foregoing, law enforcement believes a GPS tracking device installed on the **SUBJECT VEHICLE** would help identify several facets of the cocaine distribution network that DURAN is involved in. For example, a tracking device on the **SUBJECT VEHICLE** would help law enforcement learn the other locations DURAN may be selling cocaine at and help identify his source of supply and other customers.

8. To help ensure the safety of the executing law enforcement officer(s) and to avoid premature disclosure of the investigation, it is requested that the

Court authorize law enforcement officers to apply the tracking device, perform maintenance on the tracking device, and/or remove the tracking device during both daytime and nighttime hours. As noted above, the **SUBJECT VEHICLE** appears to be kept at DURAN's residence and other locations, and thus law enforcement's odds of being discovered in the course of installing a tracking device during daytime hours is significant.

9. In the event the Court grants this application, there will be periodic monitoring of the tracking device during both daytime and nighttime hours for a period of 45 days following installation of the device. The tracking device may produce signals from inside private garages or other such locations that are not open to public or visual surveillance.

## **AUTHORIZATION REQUEST**

10. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117, that authorizes members of the FBI or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to install a tracking device on the **SUBJECT VEHICLE** within the Western District of Oklahoma within the ten (10) days of issuance of the proposed warrant, to maintain, repair, and/or replace the tracking device as necessary, and to remove the tracking device from the **SUBJECT VEHICLE** after the use of the tracking

device has ended, and to monitor the tracking device for a period of 45 days following the issuance of the warrant, including when the tracking device is inside private garages and other locations not open to the public or visual surveillance, both within and outside the Western District of Oklahoma.

11. In accordance with 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), I further request that the warrant delay notification of the execution of the warrant for 90 days after the end of the authorized period of tracking (including any extensions thereof) because there is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in 18 U.S.C. § 2705. This is an ongoing investigation that involves several subjects. It is anticipated that this investigation may continue for several additional months. Providing immediate notice would seriously jeopardize the ongoing investigation by prematurely revealing its existence and giving suspects an opportunity to flee

from prosecution, destroy or tamper with evidence, intimidate potential witnesses, notify confederates, and change patterns of behavior.

**FURTHER THE AFFIANT SAYETH NOT.**

Marc Jones

MARC JONES
Special Agent
Federal Bureau of Investigation (FBI)

Subscribed and sworn to before me this 10th day of February, 2025.

Chris M. Stephens

CHRIS M. STEPHENS
United States Magistrate Judge
Western District of Oklahoma